# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ISAAC W. SANDERS, | : No. 3:18-CV-1423 |
| Plaintiff : | |
| : | Judge Caputo |
| v. : | |
| : | Electronically Filed Document |
| PENNSYLVANIA'S STATE SYSTEM : | |
| OF HIGHER EDUCATION, : | *Complaint Filed 07/17/18* |
| Defendants : | |

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendant, by its attorneys moves pursuant to Fed. R. Civ. P. 12(b) to dismiss the complaint against it.

A brief in support of this motion will be filed within the period prescribed by the local rules of court for this District and the Federal Rules of Civil Procedure.

WHEREFORE, the Court should dismiss the Complaint against the Defendant.

 

**Respectfully submitted,**

**JOSH SHAPIRO**
**Attorney General**

By: *s/ Jessica S. Davis*
     JESSICA S. DAVIS

**Office of Attorney General**     Senior Deputy Attorney General
**15th Floor, Strawberry Square**     Attorney ID 94560
**Harrisburg, PA 17120**
**Phone: (717) 783-6270**     **KELI M. NEARY**
     **Chief, Civil Litigation Section**

jdavis@attorneygeneral.gov

**Date: February 15, 2019**     **Counsel for Defendants**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISAAC W. SANDERS, | : | No. 3:18-CV-1423 |
| Plaintiff : | | |
| | : | Judge Caputo |
| v. | : | |
| | : | Electronically Filed Document |
| PENNSYLVANIA'S STATE | : | |
| SYSTEM OF HIGHER | : | *Complaint Filed 07/17/18* |
| EDUCATION, | | |
| Defendants | : | |

# CERTIFICATE OF SERVICE

I, Jessica S. Davis, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on February 15, 2019, I caused to be served a true and correct copy of the foregoing document titled Defendant's Motion to Dismiss to the following:

## VIA ELECTRONIC FILING

**Harry T. Coleman, Esquire**
**Law Office of Harry Coleman**
**41 North Main Street, Suite 316**
**Carbondale, PA  18407**
harry@harrycolemanlaw.com
*Counsel for Plaintiff*

                               *s/ Jessica S. Davis*
                               **JESSICA S. DAVIS**
                               Senior Deputy Attorney General