# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ISAAC W. SANDERS,** | : | No. 3:18-CV-1423 |
| **Plaintiff** | : | |
| | : | **Judge Caputo** |
| v. | : | |
| | : | **Electronically Filed Document** |
| **PENNSYLVANIA'S STATE SYSTEM** | : | |
| **OF HIGHER EDUCATION,** *et al.* | : | *Complaint Filed 07/17/18* |
| **Defendants** | : | |

## ORDER

AND NOW, this _____ day of _____, 2019, upon consideration of the Defendants' Motion for Enlargement of Time to File a Brief in Support of its Motion to Dismiss, it is hereby ORDERED that the Motion is GRANTED.

Defendant shall file a brief in support by July 1, 2019.

**A. Richard Caputo**
**United States District Judge**