# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ISAAC W. SANDERS,

    Plaintiff,

v.

PENNSYLVANIA'S STATE SYSTEM OF HIGHER EDUCATION and EAST STROUDSBURG UNIVERSITY,

    Defendants.

NO. 3:18-CV-1423

(JUDGE CAPUTO)

## ORDER

**NOW**, this 14th day of August, 2019, **IT IS HEREBY ORDERED** that:

(1) Plaintiff Isaac W. Sanders's Motion for Extension of Time to File Brief (Doc. 40) is **GRANTED**.

(2) The Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 37) filed by Defendants Pennsylvania's System of Higher Education and East Stroudsburg University is **GRANTED**.

    (A) Counts I and IV of Plaintiff's Second Amended Complaint (Doc. 35) are **DISMISSED with prejudice**.

    (B) Pursuant to 28 U.S.C. § 1367(c)(3), the Court declines to exercise supplemental jurisdiction over Counts II and III of Plaintiff's Second Amended Complaint. Those claims are **DISMISSED without prejudice**.

(3) The Clerk of Court is directed to mark the case **CLOSED**.

                                            /s/ A. Richard Caputo
                                            A. Richard Caputo
                                            United States District Judge